UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez**,<br><br>Plaintiff,<br><br>v.<br><br>**Adam Joseph Ghisletta dba Adam Ghisletta Realty Country of Napa**; and Does 1-10,<br><br>Defendant. | Case: No.4:21-CV-06949-KAW<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including September 2, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: 8/5/2022

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE